In the Matter of DENNIS E. CONNERS, Respondent. WILLIAM L. CLAY, Appellant.

(Submitted June 11, 1929; decided July 11, 1929.)

*William L. Clay*, appellant, in person.
*Murray L. Gilman* for respondent.

Appeal dismissed, without costs, on the ground that the order appealed from is not a final order; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.